UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In Re: §
 §
GREEN BROTHERHOOD, LLC § Case No. 18-18361
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARK J. FRIEDMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 72.14                         Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,004,109.45  Claims Discharged
                                                Without Payment: 1,718,121.31

Total Expenses of Administration: 133,444.28

3) Total gross receipts of $1,137,553.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,137,553.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,693,825.86 | $1,004,109.45 | $1,004,109.45 | $1,004,109.45 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 133,444.28 | 133,444.28 | 133,444.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,295.45 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,718,121.31 | $1,137,553.73 | $1,137,553.73 | $1,137,553.73 |

    4)  This case was originally filed under chapter 11 on 06/21/2018, and it was converted to chapter 7 on 10/17/2018.  The case was pending for 21 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/29/2020      By:/s/MARK J. FRIEDMAN, TRUSTEE
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 633 Stone Chapel Road, Westminster, MD 21157 | 1110-000 | 1,137,553.73 |
| **TOTAL GROSS RECEIPTS** | | **$1,137,553.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Farmers & Merchants Bank | | 1,571,050.13 | NA | NA | 0.00 |
| | Farmers & Merchants Bank | | 122,775.73 | NA | NA | 0.00 |
| | Farmers & Merchants Bank | 4110-000 | NA | 1,004,109.45 | 1,004,109.45 | 1,004,109.45 |
| **TOTAL SECURED CLAIMS** | | | **$1,693,825.86** | **$1,004,109.45** | **$1,004,109.45** | **$1,004,109.45** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK J. FRIEDMAN | 2100-000 | NA | 28,880.84 | 28,880.84 | 28,880.84 |
| Chicago Title Insurance Company | 2500-000 | NA | 4,301.25 | 4,301.25 | 4,301.25 |
| Corelogic | 2500-000 | NA | 141.00 | 141.00 | 141.00 |
| Daniel Murphy | 2500-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| DLA Piper LLP (US) | 2500-000 | NA | 16,060.00 | 16,060.00 | 16,060.00 |
| Farmers & Merchants Bank | 2500-000 | NA | 3,956.25 | 3,956.25 | 3,956.25 |
| Safeguard Title Insurance Agency, Inc. | 2500-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| Stoner, Preston & Boswell | 2500-000 | NA | 2,425.00 | 2,425.00 | 2,425.00 |
| Commissioners of Carroll County | 2820-000 | NA | 51,760.78 | 51,760.78 | 51,760.78 |
| MD State Dept. of Assessments and Taxation | 2820-000 | NA | 300.00 | 300.00 | 300.00 |
| U.S. TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| DLA PIPER LLP (US) | 3110-000 | NA | 14,988.16 | 14,988.16 | 14,988.16 |
| DLA PIPER LLP (US) | 3120-000 | NA | 181.00 | 181.00 | 181.00 |
| Brown Schultz Sheridan & Fritz | 3410-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $133,444.28 | $133,444.28 | $133,444.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carroll County Tax Office | | 3,461.67 | NA | NA | 0.00 |
| | Carroll County Tax Office | | 20,833.78 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $24,295.45 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-18361 | RAG | Judge: | Robert A. Gordon | Trustee Name: | MARK J. FRIEDMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GREEN BROTHERHOOD, LLC | | | | Date Filed (f) or Converted (c): | 10/17/2018 (c) |
| | | | | | 341(a) Meeting Date: | 11/16/2018 |
| For Period Ending: | 06/29/2020 | | | | Claims Bar Date: | 12/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Farmers & Merchants Bank Checking Account (7854) | 72.14 | 72.14 | | 0.00 | FA |
| 2. 633 Stone Chapel Road, Westminster, MD 21157 | 1,954,567.00 | 1,954,567.00 | | 1,137,553.73 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,954,639.14  $1,954,639.14  $1,137,553.73  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/19/18: Order approving joint administration of this case with Green Pallet Co., Case No. 18-12072.
5/17/19: Consent Motion to Sell 633 Stone Chapel Road property filed with court (in Green Pallet case).
8/14/19: Report of Sale of 633 Stone Chapel Road filed with court (in Green Pallet case).
2/24/20: TFR approved and filed with court on 2/20/20; NFR and TFA filed with court and served on 2/24/20.

RE PROP #   2   --   Parcel 1 (07-041195): 10.11 acres inproved by manufacturing/warehouse facility; assessed value $1,676,967.00; and

Parcel 2 (07-001126): 5.27 unimproved acres; assessed value $277,600.00.

Initial Projected Date of Final Report (TFR): 02/28/2020       Current Projected Date of Final Report (TFR): 02/28/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-18361 | Trustee Name: MARK J. FRIEDMAN, TRUSTEE |
| Case Name: GREEN BROTHERHOOD, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0659 |
| | Checking |
| Taxpayer ID No: XX-XXX6310 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 06/29/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/19 | | DLA Piper LLP (US) Client Trust Account 6225 Smith Avenue Baltimore, MD 21209 | Proceeds from sale of 633 Stone Chapel Road, Asset #2 | | $50,000.00 | | $50,000.00 |
| | | | Gross Receipts $1,137,553.73 | | | | |
| | | Corelogic | Flood Cert. Fee ($30.00) | 2500-000 | | | |
| | | Corelogic | Tax Service Fee ($111.00) | 2500-000 | | | |
| | | Farmers & Merchants Bank | Bank Fee ($3,956.25) | 2500-000 | | | |
| | | Stoner, Preston & Boswell | Lenders Council Fee ($2,425.00) | 2500-000 | | | |
| | | Safeguard Title Insurance Agency, Inc. | Title Fees/Charges ($1,300.00) | 2500-000 | | | |
| | | Daniel Murphy | Title Co. Legal Fees ($3,500.00) | 2500-000 | | | |
| | | Chicago Title Insurance Company | Title Insurance ($4,301.25) | 2500-000 | | | |
| | | | Government Recording and Transfer Charges ($16,060.00) | 2500-000 | | | |
| | | Commissioners of Carroll County | County Taxes ($51,760.78) | 2820-000 | | | |
| | | Farmers & Merchants Bank | Payoff of 1st mortgage lien ($1,004,109.45) | 4110-000 | | | |
| | 2 | | 633 Stone Chapel Road, Westminster, MD 21157 $1,137,553.73 | 1110-000 | | | |
| 08/26/19 | 2001 | DLA Piper LLP (US) 6225 Smith Avenue Baltimore, MD 21209 | Attorney for Trustee's fees and expenses | | | $15,169.16 | $34,830.84 |
| | | DLA PIPER LLP (US) | ($14,988.16) | 3110-000 | | | |
| | | DLA PIPER LLP (US) | ($181.00) | 3120-000 | | | |

| | | | Page Subtotals: | | $50,000.00 | $15,169.16 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-18361 | Trustee Name: | MARK J. FRIEDMAN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | GREEN BROTHERHOOD, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0659 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6310 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 06/29/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/19 | 2002 | MD State Dept. of Assessments and Taxation<br>Personal Property Division<br>P.O. Box 17052<br>Baltimore, MD 21297-1052 | Dept. ID # W11489044 - Personal Property Tax Return Fiing Fee | 2820-000 | | $300.00 | $34,530.84 |
| 05/08/20 | 2003 | MARK J. FRIEDMAN<br>6225 SMITH AVENUE<br>BALTIMORE, MD  21209 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $28,880.84 | $5,650.00 |
| 05/08/20 | 2004 | U.S. TRUSTEE<br>101 WEST LOMBARD STREET #2625<br>BALTIMORE, MD 21201 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $650.00 | $5,000.00 |
| 05/08/20 | 2005 | Brown Schultz Sheridan & Fritz<br>205 East Main Street<br>Westminster, MD 21157 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $5,000.00 | $0.00 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $50,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 8)

Page Subtotals: $0.00 $34,830.84

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0659 - Checking | $50,000.00 | $50,000.00 | $0.00 |
|  | $50,000.00 | $50,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,087,553.73 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $1,137,553.73 |

Page Subtotals: $0.00 $0.00